**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6203

ROBERT GAMEZ SANCHEZ,

Petitioner – Appellant,

v.

JOE COAKLEY, Warden; J. F. CARAWAY, Warden,

Respondents – Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Catherine C. Blake, District Judge. (1:10-cv-01585-CCB)

Submitted:  June 9, 2011          Decided:  September 1, 2011

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Gamez Sanchez, Appellant Pro Se.   Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Gamez Sanchez, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sanchez v. Coakley, No. 1:10-cv-01585-CCB (D. Md. filed Jan. 28, 2011 & entered Jan. 31, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED